FILED

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

JUN 2 4 2015

CLERK, U.S DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>V.<br><br>JEFFERY CRAIG DOLLAR,<br><br>Defendant. | CRIMINAL NO.<br>INDICTMENT MO15CR-159<br><br>[Vio: 18 U.S.C. § 922(g)(1)<br>Felon in possession of a firearm] |

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>
[18 U.S.C. § 922(g)(1)]

That on or about June 10, 2015, in the Western District of Texas, the Defendant

**JEFFERY CRAIG DOLLAR,**

who having been convicted of a crime punishable by imprisonment for a term exceeding one year, namely for the felony offense of Possession of Controlled Substance, Cause Number A41103, on April 10, 2013 in the 70th District Court, Ector County, Texas, did knowingly possess in and affecting commerce a firearm, to wit: a Plumcrazy brand pistol grip AR-15 bearing serial number RM10643, which had been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL.

Original signed by the
foreperson of the Grand Jury

RICHARD L. DURBIN, JR.
ACTING UNITED STATES ATTORNEY

*/s/ V. Latawn Warsaw*

V. LATAWN WARSAW
Assistant United States Attorney

PERSONAL DATA SHEET (REDACTED)
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

**MO15CR-159**

| | | |
|---|---|---|
| COUNTY: ECTOR | DIVISION: MIDLAND/ODESSA | JUDGE: |
| DATE: June 24, 2015 | MAG CT #: MO-15-M-263 | FBI #: |
| CASE NO: MO-15-CR- | ASSISTANT U.S. ATTORNEY: | |
| DEFENDANT: JEFFERY CRAIG DOLLAR | | DOB: XXXXXXXXXX |

ADDRESS: XXXXXXXXXXXXXXXXXXXXXXXXX

CITIZENSHIP:        INTERPRETER NEEDED    LANGUAGE:

DEFENSE ATTORNEY:
Rebecca Lynn Gibson
7002 Chadwick Ct.
Midland, TX 79707
(432) 894-6339
214-853-4396 (fax)
seguinlaw@sbcglobal.net

DEFENDANT IS: Detained

| | |
|---|---|
| DATE OF ARREST: June 10, 2015 | BENCH WARRANT: XXX |

PROBATION OFFICER:

NAME AND ADDRESS OF SURETY:

YOUTH CORRECTIONS ACT APPLICABLE: No

PROSECUTION BY: Indictment

OFFENSE (Code and Description): Ct. 1 – 18 USC 922 – Felon in possession of a firearm

OFFENSE IS: FELONY

MAXIMUM SENTENCE: Ct. 1 - A term of imprisonment not to exceed 10 years; a term of supervised release not to exceed 3 years; a fine not to exceed $250,000; and a mandatory $100 special assessment.

PENALTY IS MANDATORY: As stated above.

REMARKS: AGENT:
DEA-TFO Abel Sanchez

WDT-Cr-3