**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND-ODESSA DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| *Plaintiff* § | |
| § | |
| **VS** § | Case No. MO-15-CR-00159-DC |
| § | |
| **(1) JEFFERY CRAIG DOLLAR** § | |
| *Defendant* § | |
| § | |

**AMENDED\*\*\***
**ORDER REVOKING SUPERVISED RELEASE and**
**RESENTENCING OF DEFENDANT**

On this the March 5, 2021, came on to be heard the Government's Motion for Revocation of Supervised Release granted by virtue of Judgment entered on October 14, 2015, in the above numbered and styled cause.

Defendant appeared in person and was represented by attorney of record, Brodney Moses. The United States was represented by Assistant United States Attorney, Monica Daniels.

After reviewing the motion and the records in this case as well as hearing testimony and arguments of counsel, the Court is of the opinion that said Defendant has violated the provisions of his Supervised Release and that the ends of justice and the best interests of the public and of the Defendant will not be subserved by continuing said Defendant on Supervised Release. Further, the Court is of the opinion that the Motion for Revocation of Supervised Release should be, and it is hereby **GRANTED**.

**IT IS THEREFORE ORDERED** that the term of Supervised Release of Defendant named above granted by the Judgment entered on October 14, 2015, and it is hereby **REVOKED** and **SET ASIDE** and the Defendant is resentenced as follows:

The Defendant, JEFFERY CRAIG DOLLAR, is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of Twenty-Four (24) months. The Court recommends F.C.I. Allenwood. No further Supervised Release shall be imposed.

The Clerk will provide the United States Marshal Service with a copy of this Order and a copy of the Judgment entered on October 14, 2015, to serve as the commitment of the Defendant.

**SIGNED** this 5th day of March 2021.

\*\*\*Amended to add BOP recommendation.

**David Counts**
United States District Judge